IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IVAN MITCHELL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-446-bbc

MICHAEL THURMER,

    Respondent.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner Ivan Mitchell's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

_____    _____
Peter Oppeneer, Clerk of Court         2/10/11
                                        Date